**Jerry L. JARRETT, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction; Max Mobley, Director of Treatment, Arkansas Department of Correction; John Byus, Director of Medical Treatment, Arkansas Department of Correction (originally sued as Byse); Correctional Medical Services (originally sued as C.M.S.); Michael Young, Dr., Assistant Director Diagnostic Medicine, Arkansas Department of Correction;**

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western

District of Missouri, sitting by designation.

Brickman, Medical Director, Diagnostic Unit, Arkansas Department of Correction; Mogho, Dr., Medical Assistant Director, Diagnostic Unit, Arkansas Department of Correction; Charlie Walls, Medical Supervisor, Sebastian County Sheriff's Office, Appellees.

No. 00–2953EA.

United States Court of Appeals, Eighth Circuit.

Submitted June 7, 2001.

Filed June 25, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Arkansas inmate Jerry Jarrett appeals the District Court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 complaint for failure to exhaust his administrative remedies as required under 42 U.S.C. § 1997e(a) (West Supp.2000). The District Court did not err. Although Jarrett submitted numerous grievances regarding his medical care, he did not present proof that he fully exhausted as to all of the claims in his complaint. See *Graves v. Norris*, 218 F.3d 884, 885 (8th Cir.2000) (per curiam); *McAlphin v. Morgan*, 216 F.3d 680, 682 (8th Cir.2000) (per curiam); *Hartsfield v. Vidor*, 199 F.3d 305, 309 (6th Cir.1999).

Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.